JS - 6

FILED: 3/4/14

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *Mario E. Villabona-Alvarado*, <br>         Petitioner, <br>     v. <br> *United States of America*, <br>         Respondent. | CASE NO. CV 13-05080-GHK <br> CR 88-972(B)-GHK <br><br> JUDGMENT |

Pursuant to the Court's March 4, 2014 Order, IT IS HEREBY ADJUDGED that Mario E. Villabona-Alvarado's Petition for Writ of Error Coram Nobis is **DENIED and DISMISSED with prejudice**.

**IT IS SO ORDERED**.

DATED: March 4, 2014

_____
GEORGE H. KING
Chief United States District Judge